UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

ALICE W. YOUNG

VERSUS

AMERICAN EAGLE LINES

CIVIL ACTION

NUMBER 05-1079-JVP-SCR

**<u>NOTICE</u>**

Please take notice that the attached Magistrate Judge's Report has been filed with the Clerk of the U. S. District Court.

In accordance with 28 U.S.C. §636(b)(1), you have ten days after being served with the attached report to file written objections to the proposed findings of fact, conclusions of law, and recommendations set forth therein.  Failure to file written objections to the proposed findings, conclusions and recommendations within ten days after being served will bar you, except upon grounds of plain error, from attacking on appeal the unobjected-to proposed factual findings and legal conclusions accepted by the District Court.

ABSOLUTELY NO EXTENSION OF TIME SHALL BE GRANTED TO FILE WRITTEN OBJECTIONS TO THE MAGISTRATE JUDGE'S REPORT.

Baton Rouge, Louisiana, January 23, 2007.

*[signature: Stephen C. Riedlinger]*

STEPHEN C. RIEDLINGER
UNITED STATES MAGISTRATE JUDGE

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

ALICE W. YOUNG

VERSUS

AMERICAN EAGLE LINES

CIVIL ACTION

NUMBER 05-1079-FJP-SCR

**MAGISTRATE JUDGE'S REPORT**

Before the court is the Motion to Dismiss Under Rule 12(b)(6) filed by defendant Utility Trailer Southwest Sales Co.  Record document numbers 81.  The motion is opposed by plaintiff Alice W. Young.[1]

This case arises out of injuries that were incurred when the walls of a trailer owned and operated by defendant FFE Transportation Services, Inc. collapsed while the plaintiff was loading paper products inside of the trailer with a forklift (also referred to as clamp truck).  Defendant Utility Trailer Southwest Sales Co. (Utility Trailer) moved to dismiss the plaintiff's claim against it as prescribed if the court ultimately determines that the defendant FFE is not liable.  Utility Trailer's motion is specifically conditioned on the disposition of the issue of FFE's liability, and it asked that the court take the motion under advisement and not rule on it until FFE's liability is determined either at trial or by pre-trial motion.

In her response to the motion, the plaintiff agreed that Utility Trailer's motion is premature and argued that it should be

---

[1] Record document number 86.

dismissed, reserving to Utility Trailer the right to re-urge the motion in the event FFE is found not liable.[2]

Ruling on Utility Trailer's motion at this time is premature, as both parties acknowledged.  Whether filing suit against FFE successfully interrupted prescription against Utility Trailer cannot be determined until FFE's liability is determined.

### Recommendation

It is the recommendation of the magistrate judge that the Motion to Dismiss Under Rule 12(b)(6) filed by defendant Utility Trailer Southwest Sales Co. be dismissed, without prejudice to the defendant renewing the motion at trial or after the liability of FFE Transportation Services, Inc., is otherwise determined.

Baton Rouge, Louisiana, January 23, 2007.

_____
STEPHEN C. RIEDLINGER
UNITED STATES MAGISTRATE JUDGE

---

[2] When this motion was the filed, the trial has been tentatively scheduled for February 6, 2007, subject to the outcome of a planned mediation. Record document number 78.  The mediation was not successful.  The trial was subsequently canceled and the case was reassigned to another judge.  Record document number 89.