UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

ALICE W. YOUNG

VERSUS

AMERICAN EAGLE LINES

FILED
U.S. DIST COURT
MIDDLE DIST OF LA

2007 FEB 15 P 2: 27

SIGN_____
BY DEPUTY CLERK

CIVIL ACTION

NO. 05-1079-A

## RULING ON MOTION

The court has carefully considered the motion, the record, the law applicable to this action, and the Report and Recommendation (doc. 91) of United States Magistrate Judge Stephen C. Riedlinger dated January 23, 2007. Plaintiff has filed an objection (doc. 93) which merely restates legal argument and does not require de novo findings under 28 U.S.C. 636.

The court hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein.

Accordingly, the motion to dismiss (doc. 81) filed on behalf of Trailer Southwest Sales Co. is hereby DENIED without prejudice to the renewal of the motion after liability issues have been resolved.

Baton Rouge, Louisiana, February 15, 2007.

JOHN V. PARKER, JUDGE
MIDDLE DISTRICT OF LOUISIANA