UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

ALICE W. YOUNG

VERSUS

AMERICAN EAGLE LINES, ET AL

CIVIL ACTION

NO. 05-1079-JVP-SCR

## RULING ON MOTION FOR NEW TRIAL

This matter is before the court on a motion for new trial (doc. 201) filed on behalf of plaintiff. The motion is opposed by defendant, FFE Transportation Services, Inc. (doc. 205). No oral argument is necessary.

This case was tried to a jury over a period of four days by plaintiff and the one remaining defendant (plaintiff having settled with the other defendants shortly before the trial began). As the record shows, the trial was hard fought on both sides.

On the fourth day, the jury rendered its verdict. Question number one on the verdict form was: "Do you find by a preponderance of the evidence that defendant FFE Transportation Services, Inc. was negligent in its actions?" After nearly four hours of deliberations, the jury's verdict was "No."

The court has carefully considered all the issues raised by plaintiff in the motion, some of which were raised and ruled on prior to trial and concludes that plaintiff's arguments for a new trial lack merit. The matter was fully and fairly

presented to the jury and plaintiff simply failed to convince the members of the jury that the defendant was negligent in its actions relating to the trailer involved in the accident.

Accordingly, the motion for new trial on behalf of plaintiff (doc. 201) is hereby **DENIED**.

Baton Rouge, Louisiana, April 30, 2008.

JOHN V. PARKER
UNITED STATES DISTRICT JUDGE
MIDDLE DISTRICT OF LOUISIANA